Albert Hollenbeck, Plaintiff, v. William H. Jones, and Others Defendants.— Motion for

new trial denied, and judgment directed for the defendants on the verdict.